**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6956**

DANIEL ERIC COBBLE,

        Petitioner - Appellant,

    v.

U.S. GOVERNMENT,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-hc-02203-FL)

Submitted:  October 23, 2018                    Decided:  October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Eric Cobble, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Eric Cobble appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we deny Cobble's pending motions and affirm for the reasons stated by the district court. *Cobble v. U.S. Gov't*, No. 5:17-hc-02203-FL (E.D.N.C. June 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*